

# Fourth Court of Appeals
## San Antonio, Texas

March 26, 2014

No. 04-13-00769-CR

Juan Boaerge **RIVERA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the Criminal District Court 4, Tarrant County, Texas
Trial Court No. 1197727D
The Honorable Michael Thomas, Judge Presiding

# O R D E R

 The appellee's brief was originally due to be filed on February 20, 2014. The appellee's first motion for extension of time was granted, extending the deadline for filing the brief to March 24, 2014. On March 24, 2014, the appellee filed a motion requesting an additional extension of time to file the brief until April 23, 2014, for a total extension of sixty days. The motion is GRANTED. **THIS IS THE FINAL EXTENSION OF TIME THAT THE APPELLEE WILL BE GRANTED**. The appellee's brief must be filed by April 23, 2014, or the case will be set "at issue" and will be submitted without the appellee's brief.

_Catherine Stone_
Catherine Stone, Chief Justice

 IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of March, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court